JOHN M. HUTCHINSON, JR., by John M. Hutchinson, as his next friend, v. MOTOR TRANSIT COMPANY, a corporation

23 So. (2nd) 383                     June Term, 1945
September 28, 1945                   En Banc

*Evan Evans,* for appellant.

*Fleming, Jones, Scott & Botts, F. P. Fleming* and *Charles R. Scott,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

---

C. H. HARPSTER v. IRENE K. PORTER, et al.

23 So. (2nd) 383                     June Term, 1945
September 25, 1945                   Division B

*Horn & Ossinsky* and *Louis Ossinsky,* for appellant.
*Curtis H. Gardiner,* for appellees.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.